IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEROME ANTHONY THEUS,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

  v.                                                       Case No. 15-cv-7-bbc

WILLIAM E. HANRAHAN,

    Defendant.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing plaintiff's complaint as frivolous and for failure to state a claim upon which relief may be granted.

/s/                                                                          April 2, 2015

Peter Oppeneer, Clerk of Court                          Date